### 19459.  STORY *v.* THE STATE.

LUKE, J.  The defendant's conviction of manufacturing intoxicating liquor was authorized by the evidence, and his motion for a new trial, which was based on the general grounds only, was properly overruled.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 9, 1929.

*M. C. Barwick,* for plaintiff in error.

*A. S. Bradley, solicitor-general, M. L. Gross, solicitor-general,* contra.